

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00406-CV

**IN THE INTEREST OF C.F.A.H.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-PA-00654
Honorable Raul Perales, Judge Presiding

Opinion by:    H. Todd McCray, Justice

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: July 15, 2026

DISMISSED

This is an appeal of the denial of a motion for intervention in a parental termination case. Appellants, S.L. and S.L., have filed a motion to dismiss the appeal. The motion contains a certificate of service to counsel for the Department, counsel for the child, counsel for the mother, and counsel for the father, none of whom have opposed the motion. We therefore grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

H. Todd McCray, Justice